Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Teresa M. Anderson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA M. ANDERSON,<br><br>Plaintiff,<br><br>vs.<br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>Defendant. | Case No.:  CV 12-813 SMS<br><br>STIPULATION AND ORDER FOR<br>THE AWARD AND PAYMENT OF<br>ATTORNEY FEES AND EXPENSES<br>PURSUANT TO THE EQUAL<br>ACCESS TO JUSTICE ACT, 28 U.S.C.<br>§ 2412(d) |

TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE

OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their

undersigned counsel, subject to the approval of the Court, that Teresa M. Anderson

be awarded attorney fees and expenses in the amount of four thousand dollars

($4,000.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).

This amount represents compensation for all legal services rendered on behalf of

Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Teresa M. Anderson, the government will consider the matter of Teresa M. Anderson's assignment of EAJA fees to Young Cho.  The retainer agreement containing the assignment is attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Teresa M. Anderson, but if the Department of the Treasury determines that Teresa M. Anderson does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment executed by Teresa M. Anderson.  Any payments made shall be delivered to Young Cho.

This stipulation constitutes a compromise settlement of Teresa M. Anderson's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Teresa M. Anderson and/or Young Cho including Law Offices of Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with this action.

///

///

///

This award is without prejudice to the rights of Young Cho and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: May 17, 2013                Respectfully submitted,

                                  LAW OFFICES OF LAWRENCE D. ROHLFING

                                       /s/ *Young Cho*
                        BY:_____
                                  Young Cho
                                  Attorney for plaintiff Teresa M. Anderson


DATE: May 17, 2013                BENJAMIN B. WAGNER
                                  United States Attorney


                                       /s/ *Sundeep Patel*
                        _____
                                  Sundeep Patel
                                  Special Assistant United States Attorney
                                  Attorneys for Defendant Michael J. Astrue,
                                  Commissioner of Social Security
                                  (Per e-mail authorization)


                                  **ORDER**


IT IS SO ORDERED.

   Dated:   **May 22, 2013**              _____**/s/ Sandra M. Snyder**
                                  UNITED STATES MAGISTRATE JUDGE